No. 3531. — CAMACHO, APLTE., *v.* CARRIÓN, APLDO. — C. D. Humacao. Enero 13, 1925. Desestimado el recurso a ins-

tancia del apelado por aparecer que interpuesta la apelación en marzo 12, 1924, no se ha archivado aún la transcripción de los autos en este tribunal y, además, porque si bien el apelante instó la preparación de una exposición del caso, dejó fenecer el término que se le concedió para ello sin presentarla, habiéndosele negado una última prórroga por estar fuera de tiempo.